1

2

3

4

5

6

7

8                **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11 ISRAEL RAMIREZ,        )   NO. CV 12-00826 DSF (SS)
                    )

12           Petitioner,  )

13         v.           )      **JUDGMENT**

14 L. S. Mc FWER, Warden,  )

15         Respondent.  )

16 _____)

17

18     Pursuant to the Court's Order Denying Motion for Extension of Time

19 to File Habeas Petition and Dismissing Action Without Prejudice filed

20 concurrently herewith,

21

22     IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

23 without prejudice.

24

25     DATED: February 9, 2012

26

27                         _____
                        DALE S. FISCHER
                        UNITED STATES DISTRICT JUDGE

28