**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ISRAEL RAMIREZ, | ) | NO. CV 12-00826 DSF (SS) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| L. S. Mc FWER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the Court's Order Denying Motion for Extension of Time to File Habeas Petition and Dismissing Action Without Prejudice filed concurrently herewith,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 9, 2012

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE